**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Durant,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 4/22/2026

                               Plaintiff,                                    25-cv-00544-VR

              -against-                                                         **ORDER**

Schindler Elevator Corp.,

                               Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 18, 2026, the Court directed the parties to file a stipulation of

dismissal by April 20, 2026. (ECF No. 41). The Court has not yet received any

such filing. The parties are reminded to submit a stipulation of dismissal or a

joint status letter on the status of settlement, which is now due **April 27, 2026**.

       **SO ORDERED.**

DATED:       White Plains, New York
             April 22, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge